UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Malachi Kilgore-Bey,                          Civil No. 06-1346 JRT/FLN

       Plaintiff,

v.                                           **ORDER**

Terrill Florcyk and Michelle Smith,

       Defendants.

Malachi Kilgore-Bey, #205781 MCF, 970 Pickett Street North, Bayport, Minnesota 55003, plaintiff *pro-se*.

No appearance by defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 17, 2006 (Docket No. 5), all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is dismissed without prejudice.

DATED: August 7, 2006                              s/John R. Tunheim_____
at Minneapolis, Minnesota                   JOHN R. TUNHEIM
                                                             United States District Judge